1  Kimberly E. Colwell, Esq. (SBN: 127604)
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California  94607
   Telephone:  (510) 808-2000
4  Facsimile:  (510) 444-1108

5
   Attorney for Defendants
6  CITY OF SAN LEANDRO and DANIEL CLEGHORN

7
   Walter L. Davis, Esq. (SBN: 98513)
8  22320 Foothill Blvd., Suite 600
   Hayward, California  94541
9  Telephone: (510) 888-9040
   Facsimile: (510) 888-9044
10

11 Attorney for Plaintiff
   WILLIAM BRISTOW
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM BRISTOW, | ) Case No:  C 03 4756 PJH ADR |
|---|---|
| Plaintiff | ) **STIPULATION OF DISMISSAL** |
| v. | ) **[FRCP 41(a)(1)]**  AND ORDER |
| CITY OF SAN LEANDRO, DANIEL CLEGHORN, individually and in his capacity as a member of the Police Department for the City of San Leandro, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER STIPULATED that each side shall bear its own costs, including attorneys' fees.

Dated: June 16, 2005          LAW OFFICES OF WALTER L. DAVIS

By _____
Walter L. Davis
Attorney for Plaintiff
WILLIAM BRISTOW

Dated: June 16, 2005          MEYERS, NAVE, RIBACK, SILVER & WILSON

By _____
Kimberly E. Colwell
Attorney for Defendants
CITY OF SAN LEANDRO and
DANIEL CLEGHORN

764853_1.DOC

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Phyllis J. Hamilton